# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MARCZUK, MICHAEL A. § Case No. 12-47167
MARCZUK, CAROL S. §
 §
 Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/13/2013 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/14/2013            By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MARCZUK, MICHAEL A.                   §    Case No. 12-47167
MARCZUK, CAROL S.                     §
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 7,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,550.00 |
| Remaining Balance | | | $ 6,430.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,799.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Old Second National Bank | $ 50,423.01 | $ 0.00 | $ 4,167.38 |
| 2 | eCAST Settlement Corp assignee | $ 27,376.50 | $ 0.00 | $ 2,262.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,430.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Brenda Porter Helms
                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-47167-DRC
MIchael A. Marczuk                                              Chapter 7
Carol S. Marczuk
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales              Page 1 of 2              Date Rcvd: Aug 14, 2013
                               Form ID: pdf006              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db/jdb       #+MIchael A. Marczuk,    Carol S. Marczuk,    1S. 750 Bender Ln.,    West Chicago, IL 60185-4446
19755718      +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
19755719      +Citi Card,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
19755721       JP Morgan Chase Visa,    P.O. Box 15298,    Wilmington, DE 19850-5298
19755722      +Old Second National Bank,    749 Main St. P.O. Box 8018,    Elburn, IL 60119-8018
20571943      +Old Second National Bank,    c/o Richard M. Furgason,    Dreyer Foote Streit Furgason & Slocum P.,
                1999 W. Downer Pl., Suite 101,    Aurora, IL 60506-4777
19755723       Resort Intervals,    Two tansam Plaza, Suite 300,    Oak Brook, IL 60181
19781244      +Wells Fargo Bank, N.A./HSBC Bank USA, National Ass,   C/O,    Pierce & Associates,
                1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19755724      +Wells Fargo Home Mortgage,    1000 Blue Gentian Rd., Suite 300,    MAC X9999-01N,
                Saint Paul, MN 55121-1786
20650943       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19755720      +E-mail/Text: pgray@hinsdalebank.com Aug 15 2013 01:19:40     Hinsdale Bank & Trust,
                25 E. First St.,    Hinsdale, IL 60521-4119
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Aug 14, 2013
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, N.A./HSBC Bank USA, National
         Association as Trustee for Wells Fargo AssetSecurities Corporation, Mortgage Pass-Through
         Certificates, Series2007-4 anelson@atty-pierce.com,   northerndistrict@atty-pierce.com
        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
        Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
         brenda.helms@albanybank.com
        Dana N O'Brien    on behalf of Creditor    Wells Fargo Bank, N.A./HSBC Bank USA, National
         Association as Trustee for Wells Fargo AssetSecurities Corporation, Mortgage Pass-Through
         Certificates, Series2007-4 dobrien@atty-pierce.com,   northerndistrict@atty-pierce.com
        Daniel P. Dawson    on behalf of Creditor    Hinsdale Bank & Trust Company ddawson@nisen.com,
         adrag@nisen.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M Furgason    on behalf of Creditor    Old Second National Bank rfurgason@dreyerfoote.com,
         rfurgason@dreyerfoote.com;rkfurgason@sbcglobal.net
        Terence M Fenelon    on behalf of Joint Debtor Carol S. Marczuk tmf523@comcast.net
        Terence M Fenelon    on behalf of Debtor MIchael A. Marczuk tmf523@comcast.net
                                                                                           TOTAL: 9