UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MARCZUK, MICHAEL A. § Case No. 12-47167
MARCZUK, CAROL S. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Hinsdale Bank & Trust 25 E. First St. Hinsdale, IL 60521 |  |  |  |  |  |
|  | Old Second National Bank 749 Main St. P.O. Box 8018 Elburn, IL 60119 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage 1000 Blue Gentian Rd., Suite 300 MAC X9999-01N Saint Paul, MN 55121 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981535 El Paso, TX 79998 | | | | | |
| | Citi Card P.O. Box 6500 Sioux Falls, SD | | | | | |
| 2 | ECAST SETTLEMENT CORP ASSIGNEE | | | | | |
| 1 | OLD SECOND NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 12-47167 Doc 44 Filed 11/18/13 Entered 11/18/13 15:54:09 Desc Main
Document Page 6 of 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-47167 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MARCZUK, MICHAEL A. | | Date Filed (f) or Converted (c): | 11/30/12 (f) |
| | MARCZUK, CAROL S. | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 07/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1S750 BENDER LANE, WEST CHICAGO, IL 60185 | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 934.00 | 0.00 | | 0.00 | FA |
| 3. JP MORGAN CHASE BANK | 3,250.00 | 0.00 | | 0.00 | FA |
| 4. IUTMA ACCOUNT AT JP MORGAN CHASE BANK FOR BENEFIT | 334.08 | 0.00 | | 0.00 | FA |
| 5. FURNITURE, APPLIANCES, ELECTRONICS | 4,200.00 | 0.00 | | 0.00 | FA |
| 6. 2006 CHEVROLER TRAILBLAZER | 17,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 TOYOTA AVALONXLS | 14,000.00 | 0.00 | | 8,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $539,718.08     $0.00     $8,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/13     Current Projected Date of Final Report (TFR): 12/30/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-47167 -CAS |
| Case Name: | MARCZUK, MICHAEL A. |
| | MARCZUK, CAROL S. |
| Taxpayer ID No: | *******4870 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1558 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/29/13 | | Michael & Carol Marczuk<br>1S750 Bender Lane<br>West Chicago IL 60185 | debtors equity in vehicles | 2,666.66 | | | | | 2,666.66 |
| 04/29/13 | 7 | Asset Sales Memo: | 2006 TOYOTA AVALONXLS $2,666.66 | | | | | | 2,666.66 |
| 06/01/13 | | Michael and Carol Marczuk | debtors equity in vehicle | 2,666.66 | | | | | 5,333.32 |
| 06/01/13 | 7 | Asset Sales Memo: | 2006 TOYOTA AVALONXLS $2,666.66 | | | | | | 5,333.32 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 5,323.32 |
| 07/01/13 | | Michael and Carol Marczuk | debtors equity in vehicle | 2,666.68 | | | | | 7,990.00 |
| 07/01/13 | 7 | Asset Sales Memo: | 2006 TOYOTA AVALONXLS $2,666.68 | | | | | | 7,990.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -10.00 | | 7,980.00 |
| 09/16/13 | 010001 | Brenda Porter Helms | | | | 1,550.00 | | | 6,430.00 |
| 09/17/13 | 010002 | Old Second National Bank<br>c/o Richard Furgason<br>Dreyer Foote Streit Furgason & Slocum<br>1999 W. downer Pl Suite 101<br>Aurora IL 60506 | Final Distribution | | | 4,167.38 | | | 2,262.62 |
| 09/17/13 | 010003 | eCAST Settlement Corp assignee<br>of Chase Bank USA<br>P.O. Box 29262<br>New York NY 10087 | Final Distribution | | | 2,262.62 | | | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-47167 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | MARCZUK, MICHAEL A. | | Bank Name: | ASSOCIATED BANK |
| | MARCZUK, CAROL S. | | Account Number / CD #: | *******1558 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4870 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account *******1558 | Balance Forward | 0.00 | | | |
| 3 | Deposits | 8,000.00 | 3 | Checks | 7,980.00 |
| 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 20.00 |
| | Subtotal | $ 8,000.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 8,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 8,000.00 | | | |

Trustee's Signature: __/s/ BRENDA PORTER HELMS, TRUSTEE_____ Date: 11/08/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT
UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.03a